**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24703-JAD |
| | : | |
| JAMES RUSSELL FLEEGER | : | Chapter 07 |
| LINDA JEAN FLEEGER | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**CERTIFICATE OF SERVICE**
of
**Notice of Hearing and Response Deadline**
and
**Application to Appoint an Attorney for the Trustee**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on March 20, 2019.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Dai Rosenblum on behalf of Debtor James Russell Fleeger
Jody@dairosenblumbankruptcy.com,
pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum on behalf of Joint Debtor Linda Jean Fleeger
Jody@dairosenblumbankruptcy.com,
pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

James Warmbrodt on behalf of Creditor Freedom Mortgage Corporation
bkgroup@kmllawgroup.com

**Service by First Class Mail**

See attached list

**EXECUTED ON:** March 21, 2019

                                                                  By:   */s/Natalie Lutz Cardiello*
                                                                          Natalie Lutz Cardiello
                                                                            PA ID# 51296
                                                                            107 Huron Drive
                                                                            Carnegie, PA 15106
                                                                            (412) 276-4043
                                                                            ncardiello@comcast.net

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIRST COMMONWEALTH BANK<br>PO BOX 400<br>INDIANA PA 15701-0400 | CHICORA INDEPENDENT HOSE CO.<br>P.O. BOX 726<br>NEW CUMBERLAND PA 17070-0726 |
| CITIZENS ONE AUTO FINANCE<br>P.O. BOX 42113<br>PROVIDENCE RI 02940-2113 | FREEDOM MORTGAGE<br>P.O. BOX 619063<br>DALLAS TX 75261-9063 | JAMES RUSSELL FLEEGER<br>LINDA JEAN FLEEGER<br>132 KOZY CORNER<br>VALENCIA PA 16059-2818 |
| MARINER FINANCE LLC<br>604 MORAINE POINT PLAZA<br>BUTLER PA 16001-2414 | NORTHWEST<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN PA 16365-0337 | ONE MAIN<br>160 POINT PLAZA<br>BUTLER PA 16001-2570 |
| PENNSYLVANIA DEPT. OF REVENUE<br>DEPARTMENT 280946<br>P.O. BOX 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANK/LOWES<br>P.O. BOX 530914<br>ATLANTA GA 30353-0914 |