**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-24703-JAD |
| | : | |
| JAMES RUSSELL FLEEGER | : | Chapter 7 |
| LINDA JEAN FLEEGER | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF SERVICE
OF
NOTICE OF HEARING AND RESPONSE DEADLINE
AND
APPLICATION TO RETAIN REALTORS TO PROCURE
CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **March 20, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>electronic notification and first class mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Dai Rosenblum on behalf of Debtor James Russell Fleeger
Jody@dairosenblumbankruptcy.com,
pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum on behalf of Joint Debtor Linda Jean Fleeger
Jody@dairosenblumbankruptcy.com,
pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

James Warmbrodt on behalf of Creditor Freedom Mortgage Corporation
bkgroup@kmllawgroup.com

**<u>Service by First Class Mail</u>**

See attached list

**EXECUTED ON:**  March 21, 2019

By:      */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIRST COMMONWEALTH BANK<br>PO BOX 400<br>INDIANA PA 15701-0400 | CHICORA INDEPENDENT HOSE CO.<br>P.O. BOX 726<br>NEW CUMBERLAND PA 17070-0726 |
| CITIZENS ONE AUTO FINANCE<br>P.O. BOX 42113<br>PROVIDENCE RI 02940-2113 | FREEDOM MORTGAGE<br>P.O. BOX 619063<br>DALLAS TX 75261-9063 | JAMES RUSSELL FLEEGER<br>LINDA JEAN FLEEGER<br>132 KOZY CORNER<br>VALENCIA PA 16059-2818 |
| MARINER FINANCE LLC<br>604 MORAINE POINT PLAZA<br>BUTLER PA 16001-2414 | NORTHWEST<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN PA 16365-0337 | ONE MAIN<br>160 POINT PLAZA<br>BUTLER PA 16001-2570 |
| PENNSYLVANIA DEPT. OF REVENUE<br>DEPARTMENT 280946<br>P.O. BOX 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANK/LOWES<br>P.O. BOX 530914<br>ATLANTA GA 30353-0914 |