FILED
3/21/19 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Linda Jean Fleeger<br>James Russell Fleeger<br>　　　　Debtors | Bankruptcy No. 18-24703-JAD<br><br>Chapter 7 |
| Freedom Mortgage Corporation | Related to Document 15 |
| 　　　　Movant<br>vs. | |
| Linda Jean Fleeger<br>James Russell Fleeger<br>　　　　Respondents | |
| Natalie Lutz Cardiello, Trustee<br>　　　　Additional Respondent | |

## ORDER OF COURT

AND NOW, this __21st__ day of __March__, 2019, Debtors having filed no objection to the Motion for Relief from the Automatic Stay, and the Chapter 7 Trustee and counsel for the Movant having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is hereby GRANTED, and Movant is granted relief from the automatic stay under 11 U.S.C. § 362 with respect to the subject premises located at 521 Chicora Fenelton Road, Fenelton, PA 16034 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem state court remedies, provided, however, that this Order shall become effective the earlier of October 2, 2019 or the date on which the Trustee files a Report of No Distribution. *

\* IT IS **FURTHER ORDERED** that the hearing scheduled for Tuesday, April 2, 2019, at 10:00 AM in Courtroom D, Pittsburgh, PA, **IS CANCELLED**.

BY THE COURT:

_____
Jeffery A. Deller
U.S. Bankruptcy Judge

Consented to by:

*/s/ Natalie Lutz Cardiello, Esquire*
Natalie Lutz Cardiello Esquire
Chapter 7 Trustee
107 Huron Drive
Carnegie, PA 15106
Phone: 412-276-4043
ncardiello@comcast.net

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-24703-JAD
James Russell Fleeger                                               Chapter 7
Linda Jean Fleeger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala              Page 1 of 1              Date Rcvd: Mar 21, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
db/jdb         +James Russell Fleeger,   Linda Jean Fleeger,   132 Kozy Corner,   Valencia, PA 16059-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
          Dai Rosenblum    on behalf of Joint Debtor Linda Jean Fleeger Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai Rosenblum    on behalf of Debtor James Russell Fleeger Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
           ncardiello@ecf.axosfs.com
          Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.axosfs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6