**Form 154**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

28

In re:                                                                                      Bankruptcy Case No.: 18−24703−JAD

Chapter: 7

**James Russell Fleeger**                                          Linda Jean Fleeger
   Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **May 31, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                      Michael R. Rhodes
   U.S. Bankruptcy Court                                                                    *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 3/22/19

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 18-24703-JAD
James Russell Fleeger                                                          Chapter 7
Linda Jean Fleeger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin           Page 1 of 1              Date Rcvd: Mar 22, 2019
                              Form ID: 154          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
```
db/jdb         +James Russell Fleeger,   Linda Jean Fleeger,    132 Kozy Corner,   Valencia, PA 16059-2818
14960875        Chicora Independent Hose Co.,    P.O. Box 726,   New Cumberland, PA 17070-0726
14960876        Citizens One Auto Finance,    P.O. Box 42113,   Providence, RI 02940-2113
14960880        Freedom Mortgage,   P.O. Box 619063,    Dallas, TX 75261-9063
14960881       +Mariner Finance LLC,    604 Moraine Point Plaza,    Butler, PA 16001-2414
14960883       +Northwest,   100 Liberty St,    PO Box 337,   Warren, PA 16365-0337
14960882       +Northwest,   P.O. Box 3001,    Warren, PA 16365-1101
14960885       +One Main Financial,   725 Industrial Boulevard,    London, KY 40741-7288
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QNLCARDIELLO.COM Mar 23 2019 06:13:00      Natalie Lutz Cardiello,    107 Huron Drive,
                 Carnegie, PA 15106-1826
14960877        EDI: DISCOVER.COM Mar 23 2019 06:13:00      Discover,   P.O. Box 15316,
                 Wilmington, DE 19850-5316
14960878        EDI: DISCOVER.COM Mar 23 2019 06:13:00      Discover,   P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
14960879        E-mail/Text: bankruptcynotice@fcbanking.com Mar 23 2019 02:26:53      First Commonwealth Bank,
                 P.O. Box 400,   Indiana, PA 15701-0400
14960884       +EDI: AGFINANCE.COM Mar 23 2019 06:13:00      One Main,   160 Point Plaza,
                 Butler, PA 16001-2570
14961665       +EDI: PRA.COM Mar 23 2019 06:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14960886        EDI: RMSC.COM Mar 23 2019 06:13:00      Synchrony Bank/Lowes,   P.O. Box 530914,
                 Atlanta, GA 30353-0914
                                                                                               TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Freedom Mortgage Corporation
aty*           +Natalie Lutz Cardiello,   107 Huron Drive,   Carnegie, PA 15106-1826
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
```
          Dai Rosenblum    on behalf of Joint Debtor Linda Jean Fleeger Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai Rosenblum    on behalf of Debtor James Russell Fleeger Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
           ncardiello@ecf.axosfs.com
          Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.axosfs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6
```