FILED
4/10/19 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | **DEFAULT O/E JAD** |
| JAMES RUSSELL FLEEGER<br>*Debtor* | Bankruptcy No. 18-24703-JAD |
| | Chapter 7 |
| Natalie Lutz Cardiello, Trustee<br>Movant | Related To Doc. No. 21 |
| v. | |
| No Respondent(s) | |

ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, this 10th day of April, 2019, upon consideration of the Trustee's *APPLICATION TO RETAIN REAL ESTATE BROKERS TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330* (the "Application"), it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. *BK Global Real Estate Services* and *Keffalas Real Estate, Inc.* are hereby appointed as *Realtor* for the Trustee in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Trustee's agent in connection with the sale of real estate located at *521 Chicora-Fenelton Road, Fenelton, PA 16034*. A realtor's commission in the amount of 6% on the sale price or $4,000, whichever is higher, is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

HONORABLE JEFFERY A. DELLER
United States Bankruptcy Judge

Cc: Trustee
    Debtor
    Counsel
    Realtor/Broker
    Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-24703-JAD
James Russell Fleeger                                           Chapter 7
Linda Jean Fleeger
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: aala              Page 1 of 1                Date Rcvd: Apr 10, 2019
                               Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
```
db/jdb         +James Russell Fleeger,    Linda Jean Fleeger,    132 Kozy Corner,    Valencia, PA 16059-2818
r              +BK Global Real Estate Services,    1095 Broken Sound Pkwy NW,    Suite 100,
                 Boca Raton, FL 33487-3503
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
```
              Dai   Rosenblum    on behalf of Joint Debtor Linda Jean Fleeger Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai   Rosenblum    on behalf of Debtor James Russell Fleeger Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James   Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 6
```