# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24703-JAD |
| JAMES RUSSELL FLEEGER | : | Chapter 7 |
| LINDA JEAN FLEEGER | : | |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Butler County; Donegal Township; Karns City Area School District; Butler County Tax Claims Bureau; Freedom Mortgage Corporation | : | |
| Respondents | : | |

**AMENDED**
**NOTICE OF INTENT TO SELL AND OF HEARING AND RESPONSE**
**DEADLINE ON TRUSTEE'S MOTION TO SELL REAL ESTATE FREE AND CLEAR**
**OF THIRD PARTY INTERESTS, LIENS, CLAIMS, CHARGES AND/OR ENCUMBRANCES**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

Natalie Lutz Cardiello, Trustee for the above captioned Estate, intends to sell real estate located at 521 Chicora Fenelton Road, Butler, PA 16034 (Instrument No. 201812190025636; Parcel ID No: 140-1F63-25H-0000) ("Real Property") before Judge JEFFERY A. DELLER in Courtroom D, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on **October 22, 2019 at 10:00 AM**  The sale shall be "as is," "where is," free and clear of all liens and encumbrances.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

The Trustee has received an initial offer of $133,000 for the Property. Higher or better offers will be considered at the hearing.  In order to bid at the sale hearing, a prospective bidder must place a deposit of $6,500 in escrow with the Trustee and provide evidence of his or her ability to pay the balance of the purchase price at the time of closing, either in the form of a letter from a bank indicating that the proposed purchaser has the required funds on hand, a mortgage commitment letter, or similar documentation acceptable to the Trustee.  Such deposit and documentation are due no later than 72 hours prior to the day and time of the sale hearing.

Closing shall occur on or before ten days from the date the Order of Sale becomes final, TIME BEING OF THE ESSENCE, with all such payments to be via certified check, cashier's check, or such other forms of assured and guaranteed payment as may be acceptable to the Trustee's counsel. Possession shall be delivered at closing. *Anyone wishing to bid should review the Trustee's motion for complete terms and conditions of the sale.* Terms announced at sale will supersede the terms of any prior notice.

Additional information regarding the sale may be obtained by accessing the Court's website at http://www.pawb.uscourts.gov/easi.htm and contacting the Trustee's attorney, Natalie Lutz Cardiello, Esquire, 107 Huron Drive, Carnegie, PA 15106, (412) 276-4043.

You are further instructed to file with the Clerk and serve upon the undersigned a response to the Motion by **no later than October 15, 2019** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered.

You should take this Notice and the Motion to a lawyer at once.

Dated:  September 26, 2019                    Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043