Natalie Cardiello |

# PROOF OF PUBLICATION NOTICE
# BUTLER COUNTY LEGAL JOURNAL

Commonwealth of Pennsylvania  } SS :
County of Butler

Before me, the undersigned notary public, this day, personally appeared SHANNON EDWARDS to me known, who being duly sworn according to law, deposes and says the following:

I, SHANNON EDWARDS, am the Associate Editor of the Butler County Legal Journal, published by the Butler County Bar Association, a non-profit corporation of the County and State aforesaid. The Butler County Legal Journal is the duly designated legal newspaper for Butler County, Pennsylvania, which was established as a weekly publication August 1, 1959 and is published at 240 South Main Street, Butler Pennsylvania 16001; since which date said publication has been regularly issued in said County, and a copy of the printed notice of publication is attached hereto exactly as the same was printed or published in the regular editions and issues of the said legal newspaper on the following date or dates:

**October 4, 2019**

Affiant further deposes that she is the designated agent of the Butler County Bar Association, a non-profit corporation, owner of said Butler County Legal Journal, a weekly legal newspaper, that she is not interested in the subject matter of the aforesaid notice or advertising, and that all allegations of the aforesaid statement as to time, place and character of publication are true.

**Copy of Notice**

---

**Bankruptcy Sale**
**October 22, 2019**

In re:
JAMES RUSSELL FLEEGER
LINDA JEAN FLEEGER

Case No: 18-24703 - JAD
Property to be Sold:
521 Chicora Fenelton Road
Butler, PA 16034

For Additional Information:
www.pawb.uscourts.gov/easi.htm

BCLJ: October 4, 2019

---

BCLJ: October 4, 2019

_____
Associate Editor, Butler County Legal Journal

Sworn to and subscribed before me this 4th day of October, 2019

_____
Notary Public

MY COMMISSION EXPIRES

Commonwealth of Pennsylvania - Notary Seal
JANIS A. HACKETT, Notary Public
Butler County
My Commission Expires November 17, 2021
Commission Number 1252748

Natalie Cardiello | Notice of Bankruptcy: JAMES RUSSELL FLEEGER & LINDA JEAN FLEEGER

**STATEMENT OF ADVERTISING COSTS**
For publishing the notice of advertisement attached hereto on the following dates: October 4, 2019

Total ........................ $ 35.00

## Proof of Publication of Notice in Butler Eagle

Under Act No. 587, Approved May 16, 1929

*State of Pennsylvania,*
*County of Butler:*

_____Kandi L. Nassy_____ Of the Eagle Printing Company, Inc., of the County and State aforesaid, being duly sworn, deposes and says that the BUTLER EAGLE, a newspaper of general circulation published at 114 West Diamond Street, City of Butler, County and State aforesaid, was established 1869, since which date the BUTLER EAGLE has been regularly issued in said County, and that the printed notice or publication attached hereto is exactly the same as was printed and published in the regular editions and issues of the said BUTLER EAGLE on the following dates, viz.

_____and the

_____30th_____ Day of _____September_____ A.D. 2019

Affiant further deposes that the Ad Taker is duly authorized by the EAGLE PRINTING COMPANY, a corporation, publisher of said BUTLER EAGLE, a newspaper of general circulation, to verify the foregoing statement under oath, and Affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

_____Kandi L. Nassy_____
Butler Eagle

**Copy of Notice or Publication**

Sworn to and subscribed before me this ____30th____

Day of ____September____ 2019

_____Carolyn E. Ortiz_____
Notary Public

**PUBLIC NOTICE**
Bankruptcy Sale
October 22, 2019
In re: JAMES RUSSELL FLEEGER, LINDA JEAN FLEEGER
Case No: 18-24703-JAD
Property to be Sold:
521 Chicora Fenelton Road
Butler, PA 16034
For Additional Information:
www.pawb.uscourts.gov/easi.htm

My Commission Expires: 

Commonwealth of Pennsylvania - Notary Seal
CAROLYN E ORTIZ - Notary Public
Butler County
My Commission Expires Mar 25, 2023
Commission Number 1348650

**Statement of Advertising Costs**

Natalie Lutz Cardiello

107 Huron Drive

Carnegie, PA 15106

TO BUTLER EAGLE, Dr.
For publishing the notice or publication attached
Hereto on the above stated dates _____ $ 30.00

Probating same _____ $ 3.00

Total _____ $ 33.00

**Publisher's Receipt for Advertising Costs**

The EAGLE PRINTING COMPANY, publisher of the BUTLER EAGLE, a newspaper of general circulation, hereby acknowledge receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.

EAGLE PRINTING CO., a Corporation, Publisher
Of BUTLER EAGLE, a Newspaper of General Circulation.

By _____Sherian S Wright_____

PROOF OF PUB SPEC 2011