# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | JAMES RUSSELL & LINDA JEAN FLEEGER |
| Case Number: | 18-24703-JAD    Chapter: 7 |
| Date / Time / Room: | TUESDAY, OCTOBER 22, 2019 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Motion To Sell Real Estate Free And Clear Of Third Party Interests, Liens, Claims, Charges And/Or Encumbrances filed by Natalie Lutz Cardiello, Chapter 7 Trustee
- Proofs of Publication of Notice of Sale in the Butler County Legal Journal and the Butler Eagle filed 10/17/2019 at ECF No. 39
- No Objection Filed  [Due 10/15/2019]
R / M #:  34 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  NATALIE LUTZ CARDIELLO, ESQUIRE
DEBTORS:  DAI ROSENBLUM, ESQUIRE
CREDITOR(S):

## Proceedings:

__✓__ Motion is **GRANTED** / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
        _____ For At Least _____ Days (Court To Issue Scheduling Order)
        _____ To Hearing Date Of _____ at _____ AM/PM at _____
        _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order -  NONJURY  /  JURY
        _____ Simple / Pretrial Order - NONJURY  /  JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order Entered 10/22/2019 Granting Motion**

FILED
10/22/19 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge