# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24703-JAD |
| | : | |
| JAMES RUSSELL FLEEGER | : | Chapter 7 |
| LINDA JEAN FLEEGER | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Butler County; Donegal Township; Karns City Area School District; Butler County Tax Claims Bureau; Freedom Mortgage Corporation | : | |
| | : | |
| Respondents | : | |

## REPORT OF SALE

A sale hearing was conducted on October 22, 2019 in connection with the sale of 521 Chicora Fenelton Road, Butler, PA 16034 to Jonathan and Nicole Doctor. The sale price was $133,000. Closing was held on November 5, 2019, and the bankruptcy estate received a carve-out of $6,826.69. A copy of the Settlement Statement is attached hereto and incorporated herein.

The carve-out proceeds will be held by the Trustee pending further Order of Court.

Respectfully submitted,

*/s/ Natalie Lutz Cardiello*_____
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043

| American Land Title Association | ALTA Settlement Statement - Combined |
| --- | --- |
| | Adopted 05-01-2015 |

ServiceLink, LLC
ALTA Universal ID:
1355 Cherrington Pkwy
Moon Township, PA 15108

| | |
| --- | --- |
| File No./Escrow No.: | 190984524 |
| Print Date & Time: | November 11, 2019 9:15 AM |
| Officer/Escrow Officer: | Melissa Columbus |
| Settlement Location: | 1355 Cherrington Pkwy |
| | Moon Township, PA 15108 |
| Property Address: | 521 Chicora Fenelton Rd |
| | Fenelton, PA 16034 |
| Borrower: | JONATHAN DOCTOR |
| | NICOLE DOCTOR |
| Seller: | Natalie A. Cardiello, as Trustee for the Bankruptcy Estate of James Russell Fleeger |
| | 107 Huron Drive |
| | Carnegie, PA 15106 |
| Lender: | Plaza Home Mortgage, Inc |
| Settlement Date: | November 06, 2019 |
| Disbursement Date: | November 06, 2019 |

| Seller | | Description | Borrower | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | | Lender Credits from Plaza Home Mortgage, Inc | | 2,802.54 |
| | 133,000.00 | Sale Price of Property | 133,000.00 | |
| | | Deposit or earnest money | | 1,300.00 |
| | | Deposit | | 4,000.00 |
| | | Loan Amount | | 126,350.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 64.00 | County/Twp 11/07/19-12/31/19 | 64.00 | |
| | 652.53 | School Tax 11/07/19-06/30/20 | 652.53 | |
| | | | | |
| | | **Loan Charges to Plaza Home Mortgage, Inc** | | |
| | | Loan Administration Fee | | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Loan Charges to Plaza Home Mortgage, Inc (continued)** | | |
| | | $945.00 paid by Plaza Home Mortgage, Inc on behalf of Borrower | | |
| | | Appraisal Fee<br>$475.00 paid outside closing by Borrower | | |
| | | Third Party Processing Fee | 995.00 | |
| | | Prepaid Interest<br>$17.74000 per day from 11/06/19 to 12/01/19<br>Plaza Home Mortgage, Inc | 443.52 | |
| | | **Loan Charges to Marquee Mortgage and Financial Group LLC** | | |
| | | Mortgage Broker Fee | 3,474.63 | |
| | | Credit Report Fee | 89.64 | |
| | | **Other Loan Charges** | | |
| 75.00 | | Doc Prep Fee – Seller to Rosenberg LPA | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to Plaza Home Mortgage, Inc<br>4.000 Months at $93.92/payment | 375.68 | |
| | | County/Twp to Plaza Home Mortgage, Inc | 758.40 | |
| | | Aggregate Adjustment to Plaza Home Mortgage, Inc | | 290.55 |
| | | **Title Charges & Escrow/Settlement Charges** | | |
| | | Closing Protection Letter Fees to ServiceLink, LLC | 125.00 | |
| 62.50 | | Tax Certificate Search Fee to ServiceLink, LLC | | |
| 750.00 | | Closing Coordination Fee – Seller to ServiceLink, LLC | | |
| | | Out of Office Signing Fee – Buyer to ServiceLink, LLC | 150.00 | |
| | | Doc Processing Delivery Fee – Buyer to ServiceLink, LLC | 45.00 | |
| | | Update Fee – Buyer to ServiceLink, LLC | 25.00 | |
| | | Lender's Title Insurance to ServiceLink, LLC<br>   Coverage: $126,350.00<br>   Premium: $0.00 | | |
| 1,213.10 | | Owner's Title Insurance to ServiceLink, LLC<br>   Coverage: $133,000.00<br>   Premium: $1,213.10 | | |
| | | TIRBOP – PA Endorsement 300 Survey | 50.00 | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Title Charges & Escrow/Settlment Charges (continued)** | | |
| | | Exception to ServiceLink, LLC | | |
| 47.50 | | Tax Cert Fee - Seller to ServiceLink, LLC | | |
| | | TIRBOP - PAEndorsement 900 (ALTA 8.1-06) Environmental Protection Lien to ServiceLink, LLC | 50.00 | |
| | | TIRBOP - PA Endorsement 1030 Restrictions, Encroachments, Minerals (ALTA 9) to ServiceLink, LLC | 121.31 | |
| 47.50 | | Tax Certificate Search Fee to ServiceLink, LLC | | |
| | | | | |
| | | **Commissions** | | |
| 2,660.00 | | Listing Agent Commission to Keffalas Real Estate | | |
| 2,660.00 | | Selling Agent Commission to Towne & Country Real Estate | | |
| | | | | |
| | | **Government Recording & Transfer Charges** | | |
| | | WARRANTY DEED to Butler County Recorder of Deeds | 87.75 | |
| 665.00 | | TRANSFER TAX to Butler County Recorder of Deeds | 665.00 | |
| 665.00 | | TRANSFER TAX to Butler County Recorder of Deeds | 665.00 | |
| | | Mortgage to Butler County Recorder of Deeds | 122.75 | |
| | | | | |
| | | **Payoffs** | | |
| 115,384.24 | | Payoff of First Mortgage Loan to Freedom Mortgage Corporation | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Erie Insurance | 1,127.00 | |
| 0.00 | | Commission to BK Global | | |
| 6,826.69 | | Bankruptcy Estate Fee to Natalie A. Cardiello, as Trustee for the Bankruptcy Estate of James Russell Fleeger | | |
| 2,660.00 | | Commision to BK Global | | |

| Seller Debit | Seller Credit | | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| 133,716.53 | 133,716.53 | Subtotals | 143,087.21 | 134,743.09 |
| | | Due from Borrower | | 8,344.12 |
| 133,716.53 | 133,716.53 | Totals | 143,087.21 | 143,087.21 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize ServiceLink, LLC to cause the funds to be disbursed in accordance with this statement.

Borrower

_____

_____

Seller

Natalie A. Cardiello, as Trustee for the Bankruptcy Estate of James Russell Fleeger
BY: _/s/ Natalie A. Cardiello_____

_____
Melissa Columbus
COORDINATOR

Copyright 2015 American Land Title Association
All rights reserved

Page 4 of 4

File # 190984524/56
Printed on 11/11/19 at 9:15:43 AM by Melissa Columbus