UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § | |
| FLEEGER, JAMES RUSSELL, | § | CASE NO. 18-24703 JAD |
| FLEEGER, LINDA JEAN, | § | |
| Debtors | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NATALIE LUTZ CARDIELLO, ESQUIRE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>        CLERK OF THE COURT
>        U.S. BANKRUPTCY COURT
>        600 GRANT STREET
>        PITTSBURGH, PENNSYLVANIA   15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/10/2020 in Courtroom D,
>        U. S. Bankruptcy Court
>        600 Grant Street, 54th Floor
>        Pittsburgh, PA 15219

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/06/2020            By: /s/ Natalie Lutz Cardiello
                                                        Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: § | | |
| FLEEGER, JAMES RUSSELL, § | CASE NO. 18-24703 JAD | |
| FLEEGER, LINDA JEAN, § | | |
| Debtors § | | |
| § | | |
| Natalie Lutz Cardiello, Esquire, Trustee, § | CHAPTER 7 | |
| Movant § | | |
| § | DOCUMENT NO. | |
| v. § | | |
| § | | |
| No Respondent § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 133,000.00 |
| and approved disbursements of | $ | 126,173.31 |
| leaving a balance on hand of[1] | $ | 6,826.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 2,253.00 | $ 0.00 | $ 2,253.00 |
| Trustee Expenses: Natalie Lutz Cardiello, Esquire | $ 163.15 | $ 0.00 | $ 163.15 |
| Attorney for Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 2,583.75 | $ 0.00 | $ 2,583.75 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,999.90 |
| Remaining Balance | | $ | 1,826.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,215.09 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | NORTHWEST | $ 1,698.53 | $ 0.00 | $ 161.48 |
| 000002 | DISCOVER BANK | $ 7,604.35 | $ 0.00 | $ 722.95 |
| 000003 | ONEMAIN | $ 8,751.71 | $ 0.00 | $ 832.03 |
| 000004 | PYOD, LLC | $ 1,160.50 | $ 0.00 | $ 110.33 |

Total to be paid to timely general unsecured creditors    $    1,826.79

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Natalie Lutz Cardiello

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 18-24703-JAD
James Russell Fleeger                                                    Chapter 7
Linda Jean Fleeger
           Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala                    Page 1 of 1                   Date Rcvd: Feb 06, 2020
                              Form ID: pdf900               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db/jdb         +James Russell Fleeger,    Linda Jean Fleeger,   132 Kozy Corner,    Valencia, PA 16059-2818
r              +BK Global Real Estate Services,    1095 Broken Sound Pkwy NW,    Suite 100,
                 Boca Raton, FL 33487-3503
14960875        Chicora Independent Hose Co.,    P.O. Box 726,   New Cumberland, PA 17070-0726
14960876        Citizens One Auto Finance,    P.O. Box 42113,   Providence, RI 02940-2113
14960880        Freedom Mortgage,    P.O. Box 619063,    Dallas, TX 75261-9063
14960881       +Mariner Finance LLC,    604 Moraine Point Plaza,   Butler, PA 16001-2414
14960883       +Northwest,   100 Liberty St,    PO Box 337,   Warren, PA 16365-0337
14960882       +Northwest,   P.O. Box 3001,    Warren, PA 16365-1101
14960885       +One Main Financial,    725 Industrial Boulevard,   London, KY 40741-7288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14960877        E-mail/Text: mrdiscen@discover.com Feb 07 2020 03:03:22      Discover,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
14960878        E-mail/Text: mrdiscen@discover.com Feb 07 2020 03:03:22      Discover,    P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
15020100        E-mail/Text: mrdiscen@discover.com Feb 07 2020 03:03:22      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14960879        E-mail/Text: bankruptcynotice@fcbanking.com Feb 07 2020 03:03:24      First Commonwealth Bank,
                 P.O. Box 400,   Indiana, PA 15701-0400
14960884       +E-mail/PDF: cbp@onemainfinancial.com Feb 07 2020 03:02:11      One Main,    160 Point Plaza,
                 Butler, PA 16001-2570
15023292       +E-mail/PDF: cbp@onemainfinancial.com Feb 07 2020 03:02:54      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
14961665       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2020 03:02:17
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15058886       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 03:03:04      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14960886        E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2020 03:02:57      Synchrony Bank/Lowes,
                 P.O. Box 530914,   Atlanta, GA 30353-0914
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Freedom Mortgage Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
          Dai Rosenblum    on behalf of Joint Debtor Linda Jean Fleeger Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai Rosenblum    on behalf of Debtor James Russell Fleeger Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James Warmbrodt    on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
           ncardiello@ecf.axosfs.com
          Natalie Lutz Cardiello   ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                                            TOTAL: 6
```