**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-24703-JAD |
| | : | Chapter 7 |
| JAMES RUSSELL FLEEGER | : | |
| LINDA JEAN FLEEGER | : | |
| | : | |
| | : | |
| *Debtor* | : | |
| | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Applicant | : | |
| | : | |
| Vs | : | |
| | : | |
| No Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
Chapter 7 Trustee's Final Report, Application for Compensation,
Application(s) for Compensation of Professional(s), and Notice of
Trustee's Final Report and Application for Compensation and Deadline to Object**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Chapter 7 Trustee's Final Report and Application for Compensation**, **Application(s) for Compensation of Professional(s) and Notice of Trustee's Final Report and Application for Compensation and Deadline to Object** filed on February 3, 2020, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Notice and Applications appears thereon.  Pursuant to the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object**, objections to the Notice and Applications were to be filed and served no later than March 2, 2020.

It is hereby respectfully requested that the Orders filed in connection with the Trustee's Final Report, including the Application(s) for Compensation filed in connection therewith, be entered by the Court.

Dated:  March 3, 2020                    By:     */s/Natalie Lutz Cardiello*
                                                      Natalie Lutz Cardiello, Trustee
                                                      PA I.D. #51296
                                                      107 Huron Drive
                                                      Carnegie, PA 15106
                                                      ncardiello@comcast.net
                                                      (412) 276-4043