UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: § | | |
| FLEEGER, JAMES RUSSELL, § | CASE NO. 18-24703 JAD | |
| FLEEGER, LINDA JEAN, § | | |
|     Debtors § | | |
| § | | |
| Natalie Lutz Cardiello, Esquire, Trustee, § | CHAPTER 7 | |
|     Movant § | | |
| § | DOCUMENT NO. | |
| v. § | | |
| § | | |
| No Respondent § | | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Natalie Lutz Cardiello, Esquire, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 19,488.64 | Assets Exempt: 34,371.36 |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: 117,211.03 | Claims Discharged Without Payment: 27,115.89 |
| Total Expenses of Administration: 15,788.97 | |

3) Total gross receipts of $ 133,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 133,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 213,428.76 | $ 115,384.24 | $ 115,384.24 | $ 115,384.24 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,788.97 | 15,788.97 | 15,788.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,866.24 | 19,215.09 | 19,215.09 | 1,826.79 |
| TOTAL DISBURSEMENTS | $ 241,295.00 | $ 150,388.30 | $ 150,388.30 | $ 133,000.00 |

4) This case was originally filed under chapter 7 on 12/06/2018. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/20/2020          By:/s/Natalie Lutz Cardiello, Esquire
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 521 CHICORA FENELTON ROAD, BUTLER, PA 16034 | 1110-000 | 133,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$133,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens One Auto Finance P.O. Box 42113 Providence, RI 02940-2113 | | 33,943.27 | NA | NA | 0.00 |
| | Freedom Mortgage P.O. Box 619063 Dallas, TX 75261-9063 | | 155,485.49 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest P.O. Box 3001 Warren, PA 16365-3001 | | 24,000.00 | NA | NA | 0.00 |
| | FREEDOM MORTGAGE | 4110-000 | NA | 115,384.24 | 115,384.24 | 115,384.24 |
| **TOTAL SECURED CLAIMS** | | | $ 213,428.76 | $ 115,384.24 | $ 115,384.24 | $ 115,384.24 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:NATALIE LUTZ CARDIELLO, ESQUIRE | 2100-000 | NA | 2,253.00 | 2,253.00 | 2,253.00 |
| TRUSTEE EXPENSES:NATALIE LUTZ CARDIELLO, ESQUIRE | 2200-000 | NA | 163.15 | 163.15 | 163.15 |
| CLOSING COSTS | 2500-000 | NA | 2,809.07 | 2,809.07 | 2,809.07 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):NATALIE LUTZ CARDIELLO, ESQ | 3110-000 | NA | 2,583.75 | 2,583.75 | 2,583.75 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):BK GLOBAL | 3510-000 | NA | 2,660.00 | 2,660.00 | 2,660.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):KEFFALAS REAL ESTATE | 3510-000 | NA | 2,660.00 | 2,660.00 | 2,660.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):WEICHERT REALTORS ACHIEVE | 3510-000 | NA | 2,660.00 | 2,660.00 | 2,660.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,788.97 | $ 15,788.97 | $ 15,788.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicora Independent Hose Co. P.O. Box 726 New Cumberland, PA 17070-0726 | | 283.55 | NA | NA | 0.00 |
| | First Commonwealth Bank P.O. Box 400 Indiana, PA 15701-0400 | | 6,789.00 | NA | NA | 0.00 |
| | Mariner Finance LLC 604 Moraine Point Plaza Butler, PA 16001 | | 2,655.04 | NA | NA | 0.00 |
| 000002 | DISCOVER BANK | 7100-000 | 6,922.01 | 7,604.35 | 7,604.35 | 722.95 |
| 000001 | NORTHWEST | 7100-000 | 2,288.64 | 1,698.53 | 1,698.53 | 161.48 |
| 000003 | ONEMAIN | 7100-000 | 7,828.00 | 8,751.71 | 8,751.71 | 832.03 |
| 000004 | PYOD, LLC | 7100-000 | 1,100.00 | 1,160.50 | 1,160.50 | 110.33 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 27,866.24 | $ 19,215.09 | $ 19,215.09 | $ 1,826.79 |

Page: 1

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-24703 | JAD | Judge: JEFFERY A. DELLER | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|---|---|
| Case Name: | FLEEGER, JAMES RUSSELL | | | Date Filed (f) or Converted (c): | 12/06/18 (f) |
| | FLEEGER, LINDA JEAN | | | 341(a) Meeting Date: | 02/19/19 |
| For Period Ending: 05/20/20 | | | | Claims Bar Date: | 05/31/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 521 CHICORA FENELTON ROAD, BUTLER, PA 16034 The value listed for this asset is an estimated carve out for the estate. However, the amount of the carve out will not be known until the short sale is approved. | 132,000.00 | 6,750.00 | | 133,000.00 | FA |
| 2. BURIAL LOTS - MEMORIAL PARK 3 | 2,400.00 | 0.00 | | 0.00 | FA |
| 3. 2017 JEEP COMPASS | 17,200.00 | 0.00 | | 0.00 | FA |
| 4. 2015 GMC TERRAIN | 14,850.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. ELECTRONICS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. TWO GUITARS, MIC, MIC STAND, AMP | 850.00 | 0.00 | | 0.00 | FA |
| 8. FISHING EQUIPMENT | 300.00 | 0.00 | | 0.00 | FA |
| 9. PISTOL | 350.00 | 0.00 | | 0.00 | FA |
| 10. PERSONAL CLOTHING | 800.00 | 0.00 | | 0.00 | FA |
| 11. WEDDING RINGS | 400.00 | 0.00 | | 0.00 | FA |
| 12. COSTUME JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 13. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 14. NEXTIER, MORAINE POINTE CHECKING ACCOUNT | 450.00 | 0.00 | | 0.00 | FA |
| 15. NEXTIER, MORAINE POINTE SAVINGS ACCOUNT | 10.00 | 0.00 | | 0.00 | FA |
| 16. INSURANCE POLICY # XXXX8400308 (Foresters) | 7,500.00 | 0.00 | | 0.00 | FA |
| 17. SETTLERS LIFE INS CO POLICY # 1225096011XXXX. | 1,500.00 | 0.00 | | 0.00 | FA |
| 18. PREPAID REAL ESTATE TAXES (u) | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $185,860.00 | $6,750.00 | | $133,000.00 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

LFORM1    **UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*                                         Ver: 22.02d

Page: 2
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 18-24703 JAD Judge: JEFFERY A. DELLER | Trustee Name: Natalie Lutz Cardiello, Esquire |
| Case Name: FLEEGER, JAMES RUSSELL | Date Filed (f) or Converted (c): 12/06/18 (f) |
| FLEEGER, LINDA JEAN | 341(a) Meeting Date: 02/19/19 |
| | Claims Bar Date: 05/31/19 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/19     Current Projected Date of Final Report (TFR): 11/20/19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-24703 -JAD | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| --- | --- | --- | --- |
| Case Name: | FLEEGER, JAMES RUSSELL / FLEEGER, LINDA JEAN | Bank Name: | EMPIRE NATIONAL BANK |
| Taxpayer ID No: | *******5770 | Account Number / CD #: | *******5167 Checking Account (Non-Interest Earn |
| For Period Ending: | 05/20/20 | Blanket Bond (per case limit): | $ 11,126,585.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/19 | 1 | SERVICELINE NLS, LLC - ESCROW TRUST (JONATHAN AND NICOLE DOCTOR) | NET SALES PROCEEDS FROM SALE OF REAL ESTATE  Memo Amount:  133,000.00  CONTRACT SALES PRICE PER ORDER OF COURT AT DOC. NO. 42  Memo Amount:  (  2,809.07 )  CLOSING COSTS | 1110-000 | 6,826.69 | | 6,826.69 |
| | | KEFFALAS REAL ESTATE | Memo Amount:  (  2,660.00 )  REAL ESTATE COMMISSION | 2500-000 | | | |
| | | BK GLOBAL | Memo Amount:  (  2,660.00 )  REAL ESTATE COMMISSION | 3510-000 | | | |
| | | WEICHERT REALTORS ACHIEVE | Memo Amount:  (  2,660.00 )  REAL ESTATE COMMISSION | 3510-000 | | | |
| | | FREEDOM MORTGAGE | Memo Amount:  (  115,384.24 )  FIRST MORTGAGE | 3510-000 | | | |
| | | | | 4110-000 | | | |
| 03/21/20 | 050001 | NATALIE LUTZ CARDIELLO, ESQUIRE 107 HURON DRIVE CARNEGIE, PA 15106 | Chapter 7 Compensation/Fees | 2100-000 | | 2,253.00 | 4,573.69 |
| 03/21/20 | 050002 | NATALIE LUTZ CARDIELLO, ESQUIRE 107 HURON DRIVE CARNEGIE, PA 15106 | Chapter 7 Expenses | 2200-000 | | 163.15 | 4,410.54 |
| 03/21/20 | 050003 | Natalie Lutz Cardiello, Esquire 107 Huron Drive Carnegie, PA 15106 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,583.75 | 1,826.79 |
| 03/21/20 | 050004 | NORTHWEST 100 LIBERTY ST PO BOX 337 WARREN, PA 16365 | Claim 000001, Payment 9.50704% | 7100-000 | | 161.48 | 1,665.31 |
| | | | | Page Subtotals | 6,826.69 | 5,161.38 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-24703 -JAD
Case Name: FLEEGER, JAMES RUSSELL
FLEEGER, LINDA JEAN
Taxpayer ID No: *******5770
For Period Ending: 05/20/20

Trustee Name: Natalie Lutz Cardiello, Esquire
Bank Name: EMPIRE NATIONAL BANK
Account Number / CD #: *******5167 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 11,126,585.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/20 | 050005 | DISCOVER BANK DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY, OH 43054-3025 | Claim 000002, Payment 9.50706% | 7100-000 | | 722.95 | 942.36 |
| 03/21/20 | 050006 | ONEMAIN PO BOX 3251 EVANSVILLE, IN 47731 | Claim 000003, Payment 9.50706% | 7100-000 | | 832.03 | 110.33 |
| 03/21/20 | 050007 | PYOD, LLC RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Claim 000004, Payment 9.50711% | 7100-000 | | 110.33 | 0.00 |

Memo Allocation Receipts: 133,000.00
Memo Allocation Disbursements: 126,173.31

Memo Allocation Net: 6,826.69

COLUMN TOTALS                              6,826.69        6,826.69
  Less: Bank Transfers/CD's                    0.00            0.00
Subtotal                                   6,826.69        6,826.69
  Less: Payments to Debtors                                    0.00
Net                                        6,826.69        6,826.69

Total Allocation Receipts: 133,000.00
Total Allocation Disbursements: 126,173.31
Total Memo Allocation Net: 6,826.69

                                            NET              NET                ACCOUNT
                                          DEPOSITS      DISBURSEMENTS          BALANCES
TOTAL - ALL ACCOUNTS
Checking Account (Non-Interest Earn - *******5167    6,826.69     6,826.69       0.00

                                          (Excludes Account  (Excludes Payments    Total Funds
                                            Transfers)         To Debtors)          On Hand

Page Subtotals                                0.00                                  1,665.31

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*                              Ver: 22.02d

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-24703 -JAD
Case Name: FLEEGER, JAMES RUSSELL
FLEEGER, LINDA JEAN
Taxpayer ID No: ******5770
For Period Ending: 05/20/20

Trustee Name: Natalie Lutz Cardiello, Esquire
Bank Name: EMPIRE NATIONAL BANK
Account Number / CD #: ******5167  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 11,126,585.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals          0.00          0.00

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 22.02d